FILED
APR - 1 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROLLY O'DELL KINNELL, )
)
Plaintiff, )
) Case: 1:15-cv-00469
v. ) Assigned To : Unassigned
) Assign. Date : 4/1/2015
UNITED STATES JUDICIAL COURTS IN ) Description: Pro Se Gen. Civil (F Deck)
KANSAS – TENTH CIRCUIT, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to



determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint neither includes a statement regarding the Court's jurisdiction nor identifies the contract underlying plaintiff's breach of contract claim. It is impossible to discern which defendant has taken which action that has caused plaintiff to suffer the injuries for which he demands damages of "Three-Hundered Million Dollars." Compl. ¶ 6. Review of the exhibits attached to the complaint shed no light on the nature of plaintiff's claims.

As drafted, the complaint fails to comply with Rule 8(a) and therefore it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ *signature*
United States District Judge

DATE: March 31, 2015